### E. J. WARD v. THE STATE.

No. 6074.  Decided February 9, 1921.

Theft and Embezzlement—Felony—Practice on Appeal—Death of Appellant.

Where it was made to appear to this Court, by the written affidavit of the State's attorney, that since the appeal was prosecuted the appellant died, the appeal is abated and hereby dismissed.

Appeal from the Criminal District Court of Tarrant. Tried below before the Hon. Geo. E. Hosey.

Appeal from a conviction of felony; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

MORROW, PRESIDING JUDGE.—This case, by regular procedure, is on appeal from a judgment of the District Court of Tarrant County adjudging the appellant guilty of a felony.

It has been made to appear to this court by the written affidavit of the Honorable Jesse M. Brown, Attorney for the State, that since the appeal was prosecuted, the appellant died. The effect of his death was to abate the appeal. March v. State, 5 Texas Criminal Appeals, 450.

The appeal being abated, it is ordered that the cause be stricken from the docket.

*Dismissed.*